IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| GUARANTEED HOME MORTGAGE COMPANY, INC.,<br><br>Petitioner,<br><br>vs.<br><br>MIKI GISSELL,<br><br>Respondent. | CV 13-44-BLG-CSO<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR FEES AND COSTS INCURRED IN RESPONDING TO RESPONDENT'S MOTION TO COMPEL** |

On October 18, 2013, the Court issued an Order denying Respondent Miki Gissell's motion for an order compelling GHMC to answer some of her requests for admission. *Order (ECF 49)*. The Court further directed Gissell to "file a response to GHMC's requests for fees and costs in responding to [her] motion." *Id. at 21*.

On October 30, 2013, Gissell timely complied with the Court's Order and filed her "brief on why her motion to compel discovery was substantially justified." *ECF 51*. Having considered Gissell's

1

submission and the overall circumstances of this case, the Court concludes that an award of fees and costs is not appropriate. Accordingly, IT IS ORDERED that GHMC's request (*ECF 38 at 15*) for fees and costs incurred in responding to Gissell's motion to compel is denied.  Gissell's request that her declaration (*ECF 52*) be sealed from the general public is granted.  The Clerk of Court has filed the declaration accordingly.

     DATED this 5th day of November, 2013.

                                    **/s/ Carolyn S. Ostby**
                                    United States Magistrate Judge